**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-7826

HENRY PERRY-BEY,

Plaintiff - Appellant,

versus

CORPORAL FROCK; BARRY STANTON, Director; ABU
KALOKOH, Medical Director, Prince George's
County Correctional Center,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, District Judge. (CA-
01-899-PJM)

Submitted: March 21, 2002          Decided: March 28, 2002

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Henry Perry-Bey, Appellant Pro Se. William Antoine Snoddy,
Associate County Attorney, Sean Daniel Wallace, John Anthony
Bielec, COUNTY ATTORNEY'S OFFICE, Upper Marlboro, Maryland; Philip
Melton Andrews, George Eugene Brown, KRAMON & GRAHAM, Baltimore,
Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Henry Perry-Bey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Perry-Bey v. Frock, No. CA-01-899-PJM (D. Md. filed Oct. 16, 2001; entered Oct. 17, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2